IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST DIVISION, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-CV-2164 MLB/DWB <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' JOINT MOTION TO COMPEL HSSH TO PRODUCE A RULE 30(B)(6) WITNESS WITH KNOWLEDGE OF ITS PRODUCTION OF DOCUMENTS AND DATA

Defendants jointly move, pursuant to Rules 30(b)(6) and 37(b), for an order compelling plaintiff HSSH to produce a witness who can testify to "matters known or reasonably available" to plaintiff on topics 8, 9, 10, 16 and 17 of defendants' Notice of 30(b)(6) Deposition of Heartland Surgical Specialty Hospital, L.L.C. (Doc. 351), as required by Rule 30(b)(6) and this Court's Status Conference Order No. 2 (Doc. 357), ¶ 2. Because HSSH has previously been ordered to produce a witness with knowledge on those topics, and has failed and refused to do so, defendants respectfully move for an award of their reasonable attorneys' fees and costs incurred in bringing this motion, and in taking a second Rule 30(b)(6) deposition on those topics, as an appropriate sanction under Rule 37(b).

The grounds for this motion are set forth in defendants' joint memorandum in support of this motion and in the certification of compliance with Fed. R. Civ. P. 37 and D. Kan. Local Rule 37.2, both filed herewith.

DATED: January 16, 2007

        Respectfully submitted,

        Law Offices of H. Reed Walker, P.A.

By:   /s/ *H. Reed Walker*
       H. Reed Walker
       5800 Foxridge Dr.-Ste. 306
       Mission, KS 66202-2338
       Telephone: (913) 432-1826
       Telecopier: (913) 236-7115
       hreedwalker1@aol.com

       Robert E. Bloch
       Mitchell D. Raup
       John Roberti
       Sarah E. Josephson
       Mayer, Brown, Rowe & Maw LLP
       1909 K Street, NW
       Washington, DC 20006-1101
       Telephone: (202) 263-3000
       Facsimile: (202) 263-3300
       rbloch@mayerbrownrowe.com
       mraup@mayerbrownrowe.com
       jroberti@mayerbrownrowe.com
       sejosephson@mayerbrownrowe.com

       Allen D. Allred
       Lawrence C. Friedman
       Thompson Coburn LLP
       One US Bank Plaza
       St. Louis, MO 63101
       aallred@thompsoncoburn.com
       lfriedman@thompsoncoburn.com

       Attorneys for Defendants
       United HealthCare of the Midwest,
       Inc., and United HealthCare
       Insurance Co.

LATHROP & GAGE L.C.

By:   /s/ *Richard N. Bien*
      Richard N. Bien, Dist. Kan. #70101
      2345 Grand Boulevard, Suite 2800
      Kansas City, Missouri 64108-2684
      Telephone: (816) 292-2000
      Telecopier: (816) 292-2001
      rbien@lathropgage.com

      D. Bruce Hoffman (pro hac vice)
      Hunton & Williams LLP
      1900 K Street, NW
      Washington, DC 20006
      Telephone: (202) 955-1500
      Telecopier: (202) 778-2201
      bhoffman@hunton.com

      Attorneys for Defendant
      CIGNA Healthcare of Ohio

STINSON MORRISON HECKER LLP

By:   /s/ *David E. Everson, Jr.*
      David E. Everson, Jr.
      Erin N. Schmidt
      1201 Walnut, Suite 2900
      Kansas City, MO 64106-2150
      Telephone: (816) 691-3108
      Telecopier: (816) 691-3495
      deverson@stinsonmoheck.com
      eschmidt@stinsonmoheck.com

      Margaret M. Zwisler
      Eric J. McCarthy
      Marguerite M. Sullivan
      Brian E. Kowalski
      Latham & Watkins LLP
      555 Eleventh St., N.W., Suite 1000
      Washington, DC 20004-1304
      Telephone: (202) 637-2200
      Telecopier: (202) 637-2201
      margaret.zwisler@lw.com
      eric.mccarthy@lw.com
      marguerite.sullivan@lw.com
      brian.kowalski@lw.com

      Attorneys for Defendant
      Midwest Division, Inc.

ARMSTRONG TEASDALE LLP


By: /s/ *Edward R. Spalty*
    Edward R. Spalty
    2345 Grand Boulevard, Suite 2000
    Kansas City, MO 64108-2617
    Telephone: (816) 221-3420
    Telecopier: (816) 221-0786
    espalty@armstrongteasdale.com

    Robert J. Fogarty
    Erica L. Calderas
    Hahn, Loeser & Parks, LLP
    3300 BP Tower, 200 Public Square
    Cleveland, OH 44114
    Telephone: (216) 621-0150
    Telecopier: (216) 241-2824
    rjfogarty@hahnlaw.com
    elcalderas@hahnlaw.com

    Attorneys for Defendant
    Aetna, Inc.


BRYAN CAVE LLP


By: /s/ *William Perry Brandt*
    William Perry Brandt
    Lynn S. McCreary
    Staci Olvera Schorgl
    3500 One Kansas City Place
    1200 Main Street
    Kansas City, MO 64105-2100
    Telephone: (816) 374-3206
    Telecopier: (816) 374-3300
    perry.brandt@bryancave.com
    lmccreary@bryancave.com
    soschorgl@bryancave.com

    Attorneys for Defendant
    Blue Cross Blue Shield of KC

SPENCER FANE BRITT & BROWNE

By: /s/ *Douglas M. Weems*
    Douglas M. Weems
    Philip W. Goodin
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    Telephone: (816) 474-8100
    Telecopier: (816) 474-3216
    dweems@spencerfane.com
    pgoodin@spencerfane.com

    Brian D. Boyle
    O'Melveny & Myers, LLP
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5327
    Telecopier: (202) 383-5414
    bboyle@omm.com

    Gerald A. Stein
    O'Melveny & Myers LLP
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Telecopier: (212) 326-2061
    gstein@omm.com

    Attorneys for Defendant
    Humana Health Plan, Inc.

HUSCH & EPPENBERGER, LLC


By: /s/ *Leonard L. Wagner*
William A. Lynch, KS Fed. #77919
Jeffrey J. Simon, KS #15231
Leonard L. Wagner, KS Fed. #70076
Michael S. Hargens, KS # 20689
1200 Main Street, Suite 2300
Kansas City, MO  64105
Telephone (816) 421-4800
Facsimile (816) 421-0596
william.lynch@husch.com
jeff.simon@husch.com
leonard.wagner@husch.com
michael.hargens@husch.com

Attorneys for Defendants Coventry
HealthCare of Kansas, Inc., Coventry
Health and Life Insurance Company
and SouthCare PPO, Inc


BLACKWELL SANDERS PEPER
MARTIN


By: /s/ *Floyd R. Finch, Jr.*
Floyd R. Finch, Jr.
Shelley A. Runion
4801 Main Street, Suite 1000
P. O. Box 219777
Kansas City, MO 64112
Telephone:  (816) 983-8128
Telecopier:  (816) 983-8080
ffinch@blackwellsanders.com
srunion@blackwellsanders.com

Attorneys for Defendant
Saint Luke's Health System

LEWIS, RICE & FINGERSH, LC


By:   /s/ *Richard B. Walsh, Jr.*
      Richard B. Walsh, Jr.
      500 North Broadway, Suite 2000
      St. Louis, MO 63102
      Telephone: (314) 444-7722
      Telecopier: (314) 612-7722
      rwalsh@lewisrice.com

      Attorneys for Defendant
      Carondelet Health System

ROUSE HENDRICKS GERMAN MAY PC

By:   /s/ *Brandon J.B. Boulware*
      Randall E. Hendricks
      Lawrence A. Rouse
      Brandon Boulware
      One Petticoat Lane Bldg.
      1010 Walnut St.-Ste. 400
      Kansas City, MO 64106
      Telephone:  (816) 471-7700
      Telecopier:  (816) 471-2221
      randyh@rhgm.com
      larryr@rhgm.com
      brandonb@rhgm.com

      Attorneys For Defendant
      Board of Trustees of the
      North Kansas City Hospital

KUTAK ROCK LLP

By:   /s/ *John M. McFarland*
      John M. McFarland
      Scott E. Harvison
      1010 Grand Blvd. - Ste. 500
      Kansas City, MO 64106
      Telephone:  (816) 960-0090
      Telecopier:  (816) 960-0041
      john.mcfarland@kutakrock.com
      scott.harvison@kutakrock.com

      Attorneys for Defendant
      Shawnee Mission Hospital

## CERTIFICATE OF SERVICE

I certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ H. Reed Walker