# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>MIDWEST DIVISION, INC. d/b/a HCA  )<br>MIDWEST DIVISION, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | Case No. 05-CV-2164-MLB-DWB |

**ORDER GRANTING MOTION FOR LEAVE
TO FILE UNDER SEAL CIGNA HEALTHCARE OF OHIO, INC.'S
MEMORANDUM IN SUPPORT OF (DOC. 370) MOTION TO COMPEL
HEARTLAND SURGICAL SPECIALTY HOSPITAL TO PROVIDE ADEQUATE
RESPONSES TO SECOND SET OF INTERROGATORIES**

The Court has considered CIGNA Healthcare of Ohio, Inc.'s Motion for Leave to File Under Seal its Memorandum in Support of its Motion to Compel Heartland Surgical Specialty Hospital to Provide Adequate Responses to Second Set of Interrogatories (Doc. 371), and believes that several of the exhibits attached to the Memorandum may not be entitled to confidential treatment. However, in order to decide the underlying motion to compel, the motion to seal is TEMPORARILY granted.

**IT IS THEREFORE ORDERED** the Motion to File Under Seal (Doc. 371) is **GRANTED** as set forth in this Order and such Memorandum and all Exhibits are to be filed under seal temporarily. Defendant CIGNA shall file the Memorandum and Exhibits under seal forthwith.

Dated this 2nd day of March, 2007.

                                                            s/ DONALD W. BOSTWICK
                                                            U.S. MAGISTRATE JUDGE

CC 1766913v1