### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,<br>    Plaintiff,<br><br>v.<br><br>MIDWEST DIVISION, INC. d/b/a HCA MIDWEST DIVISION, *et al.*<br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 05-CV-2164-MLB-DWB<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION FOR LEAVE
### TO FILE UNDER SEAL BOARD OF TRUSTEES OF NORTH KANSAS CITY HOSPITAL'S MEMORANDUM IN SUPPORT OF (DOC. 372) MOTION TO COMPEL HEARTLAND SURGICAL SPECIALTY HOSPITAL TO PROVIDE ADEQUATE RESPONSES TO SECOND SET OF INTERROGATORIES.

The Court has considered Defendant Board of Trustees of North Kansas City Hospital's Motion for Leave to File Under Seal its Memorandum of Law in Support of its Motion to Compel. (Doc. 373.) The Court believes that several of the exhibits attached to the Memorandum may not be entitled to confidential treatment. However, in order to decide the underlying motion to compel, the motion to seal is TEMPORARILY granted.

**IT IS THEREFORE ORDERED** Defendant's motion for leave to file under seal (Doc. 373) is GRANTED as set forth in this Order and such Memorandum and all Exhibits are to be filed under seal temporarily. Defendant Board of Trustees shall file the Memorandum and Exhibits under seal forthwith..

Dated:  March 2, 2007.

                                                                    s/ DONALD W. BOSTWICK
                                                                    United States Magistrate Judge