## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,  Plaintiff, | ) ) ) ) |
| v. | )    Case No. 05-CV-2164-MLB-DWB |
| MIDWEST DIVISION, INC. d/b/a HCA MIDWEST DIVISION, *et al.*  Defendants. | ) ) ) ) ) ) |

## **ORDER**

Before the Court is Plaintiff's Motion to Seal Plaintiff's Reply in Support of Its Ten Motions to Compel against Defendants (Doc. 471).[1] Defendants Board of Trustees of North Kansas City Hospital, Coventry Health Care of Kansas, Inc., St. Luke's Health System and Shawnee Mission Medical Center have all filed responses to the motion. (Doc. 499, 502, 503.) Defendant Carondelet Health has filed a Motion for Leave to File Its Response Under Seal. (Doc. 500.)

While the Court has some question about whether it is necessary to file all or any specific part of this pleading under seal, the continuous filing of these motions to seal are ultimately delaying the timely resolution of the underlying discovery motions.

---

[1] While Plaintiff files the motion for leave to seal its reply, it really opposes any filing under seal. In their responses, all Defendants seek to have the reply filed under seal.

Therefore, in order to decide the underlying discovery motions, the motion to seal is TEMPORARILY granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Seal Its Reply in Support of Its Ten Motions to Compel against Defendants (Doc. 471) is GRANTED as set forth in this Order and such Reply and any exhibits are to be filed under seal temporarily.  Plaintiff shall file the Reply and any exhibits under seal forthwith.

IT IS FURTHER ORDERED that Defendant Carondelet Health's Motion for Leave to File Its Response Under Seal (Doc. 500) is also GRANTED temporarily. Defendant Carondelet shall file the Response and any exhibits under seal forthwith.

Dated this 6th day of March, 2007.

    s/   DONALD W. BOSTWICK
    United States Magistrate Judge