# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MIDWEST DIVISION, INC. d/b/a<br>HCA MIDWEST DIVISION, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-2164-MLB-DWB<br>)<br>)<br>)<br>)<br>) |

## ORDER CONCERNING ANY FUTURE MOTIONS
## TO SEAL PLEADINGS OR EXHIBITS

Presently pending before the Court is a joint motion by Defendants to file under seal Exhibit B to Defendants' Joint Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Compel Plaintiff to Produce a Rule 30(b)(6) Witness. (Doc. 473.)  Plaintiff has filed a response. (Doc. 498.)

The continuous filing of these procedural motions for leave to seal pleadings and/or exhibits, and the time spent awaiting possible responses and/or replies, delays the timely resolution of the underlying discovery motions.  In order to partially remedy this problem, the Court hereby ORDERS that no replies will be allowed in connection with the above motion for leave to file under seal, nor will any replies be allowed as to any similar motions for leave to file under seal which

1

<u>may be filed in the future</u>.

 IT IS SO ORDERED.

 Dated at Wichita, Kansas this 6th day of March, 2007.

            s/   DONALD W. BOSTWICK
           United States Magistrate Judge