# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

HEARTLAND SURGICAL )
SPECIALTY HOSPITAL, LLC, )
               Plaintiff, )
                        )
v. )   Case No. 05-CV-2164-MLB-DWB
                        )
MIDWEST DIVISION, INC. )
d/b/a HCA MIDWEST )
DIVISION, *et al.* )
               Defendants. )
                        )

## **ORDER**

Before the Court is Plaintiff's Motion to Seal Plaintiff's Response and Opposition to Defendant Coventry's Motion to Compel. (Doc. 645).[1] At the Status Conference on April 24, 2007, the Court orally granted the motion to seal this document temporarily.

While the Court has some question about whether it is necessary to file all or any specific part of this pleading under seal, the continuous filing of these motions to seal are ultimately delaying the timely resolution of the underlying discovery motions. Therefore, in order to decide the underlying discovery motions, the motion to seal is TEMPORARILY granted.

---

[1] While Plaintiff files the motion for leave to seal its reply, it really opposes any filing under seal. In their responses, all Defendants seek to have the reply filed under seal.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Seal Its Response and Opposition to Coventry's Motion and to Compel (Doc. 645) is GRANTED as set forth in this Order and such Response is to be filed under seal temporarily. Plaintiff shall file the Response forthwith.

Dated this 25th day of April, 2007.

s/  DONALD W. BOSTWICK<br>United States Magistrate Judge