**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| HEARTLAND SURGICAL ) <br> SPECIALTY HOSPITAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDWEST DIVISION, INC. d/b/a ) <br> HCA MIDWEST DIVISION, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 05-2164-MLB-DWB |

**ORDER SHORTENING TIME FOR RESPONSE**

Before the Court are two motions to allow the taking of depositions after the May 18, 2007 discovery cutoff: (1) Motion and Memorandum by Defendant Aetna to take depositions of BKD, LLP and Kevin Morey at a date to be determined; and (2) Unfiled[1] Motion and Supporting Memorandum by Defendant Shawnee Mission Medical Center, Inc. to take deposition of HMN Architects, Inc. on May 25, 2007 or at a date to be agreed upon.

Any responses or objections to these two motions shall be filed on or before May 25, 2007, and the Court will take up any objections at the status conference

---

[1] A motion to seal this motion and memorandum was filed by Defendant Shawnee Mission. (Doc. 747). Pursuant to the procedures established in the Stipulation and Protective Order (Doc. 170, 331), a copy of the motion, memorandum and all exhibits was served on all counsel by email on May 18, 2007.

set for May 30, 2007. If no objections are filed by the above date, the motion may be treated as an uncontested motion pursuant to D. Kan. Rule 7.4.

IT IS SO ORDERED.

Dated at Wichita, Kansas this 21st day of May, 2007.

                                         s / DONALD W. BOSTWICK
                                         DONALD W. BOSTWICK
                                         U.S. MAGISTRATE JUDGE