IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 05-CV-2164-MLB-DWB |
| **MIDWEST DIVISION, INC.** d/b/a HCA MIDWEST DIVISION, *et al.,* | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER GRANTING DEFENDANTS AETNA HEALTH INC. AND AETNA LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE UNDER SEAL AETNA'S MEMORANDUM OF LAW (1) IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO HSSH FOUNDER DR.WILLIAM O. REED AND HEARTLAND HAND & SPINE ORTHOPEDIC CENTER AND (2) IN OPPOSITION TO THE MOTION TO QUASH SAID SUBPOENAS WITH EXHIBITS IN SUPPORT**

The Court has considered Defendants Aetna Health Inc. and Aetna Life Insurance Company's ("Aetna") Motion for Leave to File Under Seal Aetna's Memorandum of Law (1) in Support of Its Motion to Compel Compliance with Subpoenas Issued to Plaintiff's Founder Dr. William O. Reed and Heartland Hand & Spine Orthopaedic Center and (2) In Opposition to the Motion to Quash Said Subpoenas with Exhibits in Support and finds that good cause has been shown to grant the motion. The Court has also considered Plaintiff's and Non-Parties' response (Doc.784).

**IT IS THEREFORE ORDERED** Aetna's motion for leave to file under seal (Doc. 762) is **GRANTED** as set forth in this Order and that Aetna's (a) Memorandum of Law (1) in Support of Its Motion to Compel Compliance with Subpoenas Issued to Plaintiff's Founder Dr. William O. Reed and Heartland Hand & Spine Orthopaedic Center and (2) In Opposition to

CLE - 1009569.1

the Motion to Quash Said Subpoenas, and (b) Aetna's Exhibits in Support of its Motion to Compel Compliance are to be filed under seal.  Aetna shall file the foregoing under seal forthwith.

Dated: June 18, 2007                                          /s/ Donald W. Bostwick
                                                                      United States Magistrate Judge

CLE - 1009569.1