IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC, ) ) ) | |
| Plaintiff, ) ) | Case No. 05-CV-2164-MLB/DWB |
| vs. ) MIDWEST DIVISION, INC. d/b/a HCA ) MIDWEST DIVISION, *et al.* ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING DEFENDANT SAINT LUKE'S HEALTH SYSTEM'S MOTION FOR LEAVE TO FILE UNDER SEAL  THE OPPOSITIONAL BRIEF TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' REQUESTS FOR ADMISSION**

The Court has considered Defendant Saint Luke's Health System's ("Saint Luke's") Motion (Doc. 769) for Leave To File Under Seal Their Oppositional Brief to Plaintiff's Motion (Doc. 734) for Protective Order Regarding Defendants' Requests for Admission and finds that good cause has been shown to grant the motion.

**IT IS THEREFORE ORDERED** Saint Luke's motion for leave to file under seal (Doc. 769) is **GRANTED** as set forth in this Order and that Saint Luke's Opposition to Plaintiff's Motion for Protective Order Regarding Defendants' Requests for Admission to be filed under seal.  Saint Luke's shall file the foregoing under seal forthwith.

Dated:  June 18, 2007            s/ Donald W. Bostwick
                                 United States Magistrate Judge

KC-1504992-1