# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

HEARTLAND SURGICAL )
SPECIALTY HOSPITAL, LLC, )
                    Plaintiff, )
                                  )
v.                                  )      Case No. 05-CV-2164-MLB-DWB
                                  )
MIDWEST DIVISION, INC. )
d/b/a HCA MIDWEST )
DIVISION, *et al.* )
                    Defendants. )
                                  )

## **ORDER**

Before the Court are ten motions for leave to file documents under seal in this case, as follows:

| Doc. # | Party | Document to be filed under seal |
|---|---|---|
| Doc. 770 | Defendant HCA Midwest | Ex. 1 to Memorandum Doc. 772; |
| Doc. 786 | Plaintiff Heartland | Ex. 2 to Response Doc. 788; |
| Doc. 789 | Defendant Saint Luke's | Motion for Clarification; |
| Doc. 804 | Defendant Aetna | Ex. A, B & C to Memorandum Doc. 803; |
| Doc. 808 | Defendant Coventry | Memorandum & Exhibits re Motion Doc. 809; |

| | | |
|---|---|---|
| Doc. 811 | Plaintiff Heartland[1] | Omnibus Motion to Compel; |
| Doc. 813 | Defendant Coventry | Memorandum re Motion Doc. 812; |
| Doc. 814 | Defendant Saint Luke's | Motion for Order to Shift Costs re Electronic Discovery; |
| Doc. 815 | Defendant Carondelet | Memorandum re Motion Doc. 816; |

and

| | | |
|---|---|---|
| Doc. 824 | Defendant Saint Luke's | Motion to Compel Adequate Responses to Written Discovery. |

While the Court has some question about whether it is necessary to file all of the requested pleadings under seal, in order to decide the underlying discovery motions, the motions to seal are TEMPORARILY granted. This Order does not, however, govern whether any of the above-listed documents will remain under seal in connection with dispositive motions or trial, and this Order and any prior orders allowing documents to be filed under seal may be modified or set aside at any time by the trial judge assigned to this case.

IT IS THEREFORE ORDERED that the above-listed motions for leave to file documents under seal are TEMPORARILY GRANTED.

IT IS FURTHER ORDERED that each moving party who filed any of the

---

[1] While Plaintiff files the motion for leave to seal this motion, it really opposes any filing under seal.

above-listed motions to seal shall proceed to file the relevant documents under seal forthwith.

Dated this 3rd day of July, 2007.

s/  DONALD W. BOSTWICK
United States Magistrate Judge
