# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEARTLAND SURGICAL SPECIALTY HOSPITAL, LLC,  Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 05-CV-2164-MLB-DWB |
| MIDWEST DIVISION, INC. d/b/a HCA MIDWEST DIVISION, *et al.*  Defendants. | )<br>)<br>)<br>)<br>) |

## ORDER

Before the Court are two motions for leave to file documents under seal in this case, as follows:

| Doc. # | Party | Document to be filed under seal |
|---|---|---|
| Doc. 866 | Plaintiff Heartland | Ex.'s 1-3 to Memorandum Doc. 867; |
| Doc. 877 | Defendant Shawnee Mission Medical Center | Defendants' Joint Response to Plaintiff's Omnibus Motion to Compel, Doc. 864. |

While the Court has some question about whether it is necessary to file all of the requested pleadings under seal, in order to decide the underlying discovery motions, the motions to seal are TEMPORARILY granted. This Order does not, however, govern whether any of the above-listed documents will remain under seal in connection with dispositive motions or trial, and this Order and any prior orders

allowing documents to be filed under seal may be modified or set aside at any time by the trial judge assigned to this case.

IT IS THEREFORE ORDERED that the above-listed motions for leave to file documents under seal are TEMPORARILY GRANTED.

IT IS FURTHER ORDERED that each moving party who filed any of the above-listed motions to seal shall proceed to file the relevant documents under seal forthwith.

Dated this 13th day of July, 2007.

                                       s/   DONALD W. BOSTWICK
                                       United States Magistrate Judge